

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | | |
|---|---|---|
| DR. JOHN BRIZZOLARA, M.D., WILLIAM H. FOX and DR. J. WALT STALLINGS, M.D., Individually and on behalf of other persons similarly situated,<br>　　　Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY DEAN WITTER, et al.,<br>　　　Defendants. | § § § § § § § § § § § § | Civil No. W-00-CA-206 |

FILED JAN 1 1 2001
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

## ORDER

On this date the Court, *sua sponte,* considers this case. The following Defendants have been served, however, have not filed answers: Paragon Capital Corporation, Harvestons Securities, Inc., Drake Capital Securities, Westminster Securities, Bristol Asset Management, Gem Investment Advisory and Nismic Sales Corporation. With regard to the above listed Defendants, it is

**ORDERED** that the Plaintiffs file a motion for default judgment within ten (10) days of the date of this Order or show cause in writing why these Defendants should not be dismissed for failure to prosecute.

Additionally, the Court notes that the following Defendants were never served: Augustine Fund, Parathenon Investment Corp., L.P., Trafalgar Strategic Investment, Andrew Left a/k/a Henry Lipton, Michael Manis and Irving Ayash. With regard to these Defendants, it is

**ORDERED** that the Plaintiff show cause in writing within ten (10) days of the date of this Order why these Defendants should not be dismissed for want of prosecution.

SIGNED this 11' day of January, 2001.

_____
WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE

